No. 88–5795. SALAZAR ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gomez* v. *United States*, 490 U. S. 858 (1989).

No. 88–6122. NITTAYANUPAP *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gomez* v. *United States*, 490 U. S. 858 (1989).

No. 88–6725. HAYES *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *South Carolina* v. *Gathers*, 490 U. S. 805 (1989).

No. 88–6729. DANIELS *v.* INDIANA. Sup. Ct. Ind. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *South Carolina* v. *Gathers*, 490 U. S. 805 (1989).

No. — – ——. IN RE DENNIS. Motion to direct the Clerk to file petition for writ of habeas corpus denied.

No. A–944. PREVENSLIK, INDIVIDUALLY AND AS TRUSTEE OF THE FELIX AND OLGA DAVIS TRUST *v.* ROSSKO ET AL. C. A. 3d Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. D–784. IN RE DISBARMENT OF LILLBACK. Disbarment entered. [For earlier order herein, see 490 U. S. 1044.]